**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Thomas C. Dowdy IV<br>Debtor(s)<br><br>Lakeview Loan Servicing, LLC, its successors and/or assigns<br>Movant<br>vs.<br><br>Thomas C. Dowdy IV<br>Debtor(s)<br><br>Kenneth E. West<br>Trustee | CHAPTER 13<br><br>NO. 26-12719 DJB |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Lakeview Loan Servicing, LLC, which was filed with the Court on or about August 6, 2026.

Dated: September 9, 2026

Respectfully submitted,

/s/Maggie Soboleski
Maggie Soboleski, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322
MSoboleski@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:Thomas C. Dowdy IV**<br><br>**Debtor(s)**<br><br>**Lakeview Loan Servicing, LLC**<br>**Movant**<br>**vs.**<br><br>**Thomas C. Dowdy IV**<br><br>**Debtor(s)**<br><br>**Kenneth E. West**<br>**Trustee** | **BK NO. 26-12719 DJB**<br><br>**Chapter 13**<br><br>**Related to Claim No. 17** |

## CERTIFICATE OF SERVICE

I, Maggie Soboleski, certify that on 9/10/2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 9/10/2026

**/s/ Maggie Soboleski**
Maggie Soboleski, Esquire
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Thomas C. Dowdy IV<br>Willow Grove, PA 19090<br>Philadelphia, PA 19102 | Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>________________<br>(as authorized by the court *) |
| Brad J. Sadek Esq.<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107 | Attorney for Debtor | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>________________<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13<br>Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>________________<br>(as authorized by the court *) |