United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-12719-djb
Thomas C Dowdy, IV Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Oct 08, 2026 Form ID: 155 Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| @ | Recipients marked '@' were noticed on Oct 24, 2026. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db | + | Thomas C Dowdy, IV, 15 Oak Street, Willow Grove, PA 19090-2137 |
| @15160201 | + | Lakeview Loan Serrvicing, LLC, C/O Maggie Soboleski, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| @15158238 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15158242 | | Email/Text: megan.harper@phila.gov | Oct 09 2026 02:09:00 | City of Philadelphia Law Department, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15158245 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 09 2026 02:16:32 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15158246 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 09 2026 02:16:36 | Capitalone, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15158247 | | Email/Text: bankruptcy@cavps.com | Oct 09 2026 02:09:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 15179086 | + | Email/Text: bankruptcy@cavps.com | Oct 09 2026 02:09:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15158244 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Oct 09 2026 02:09:00 | Chex Systems Inc., PO Box 583399, Minneapolis, MN 55458-3399 |
| 15158243 | + | Email/Text: bankruptcy@philapark.org | Oct 09 2026 02:09:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15158248 | | Email/Text: BNSFN@capitalsvcs.com | Oct 09 2026 02:08:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 15158235 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 09 2026 02:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15165102 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2026 02:16:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15159905 | ^ | MEBN | Oct 09 2026 02:03:33 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15178208 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 09 2026 02:09:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15158249 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 09 2026 02:09:00 | Loancare LLC, Attn: Bankrutptcy, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 15158250 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2026 02:16:37 | Lvnv Funding LLC/Resurgent Capital Servi, |

| | | | | |
|---|---|---|---|---|
| | | | | Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 15176737 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 09 2026 02:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15158251 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 09 2026 02:09:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15158252 | | Email/PDF: cbp@omf.com | Oct 09 2026 02:16:41 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 15172394 | | Email/PDF: cbp@omf.com | Oct 09 2026 02:16:36 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 15176642 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2026 02:16:32 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15158236 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 09 2026 02:09:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15158239 | ^ | MEBN | Oct 09 2026 02:03:50 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15158241 | + | Email/Text: bankruptcy@philapark.org | Oct 09 2026 02:09:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15172403 | + | Email/Text: bankruptcy@purchasingpower.com | Oct 09 2026 02:09:00 | Purchasing Power, LLC, 2727 Paces Ferry Rd SE, Bldg 2, Ste 1200, Bankruptcy Department, Atlanta, GA 30339-6199 |
| 15181955 | | Email/Text: bnc-quantum@quantum3group.com | Oct 09 2026 02:09:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15158240 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 09 2026 02:09:00 | U.S. Attorney's Office, Attn: Civil Process Clerk, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15158237 | ^ | MEBN | Oct 09 2026 02:03:28 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15158684 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 09 2026 02:16:40 | U.S. Department of Housing and Urban Development, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 15158253 | | Email/Text: bnc_4301@velocityrecoveries.com | Oct 09 2026 02:09:00 | Velocity Investments LLC, 1800 Route 34 North, Suite 404A, Belmar, NJ 07719 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Thomas C Dowdy IV brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Thomas C Dowdy IV | ) | Case No. 26−12719−djb |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 8, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court